# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COPY COPY, INC.,            :   No. 34 MM 2019

             Petitioner       :

             v.             :

KEYSTONE DIGITAL IMAGING, INC., KDI   :
AND KEYSTONE DIGITAL IMAGING,      :

             Respondents      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.